No. 02-40717

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.

JOSEPH FRANKLIN SMITH,
Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Texas

---

DEFENDANT-APPELLANT'S RESPONSE TO
GOVERNMENT'S MOTION TO DISMISS APPEAL
OR, IN THE ALTERNATIVE,
MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

---

The United States Government has filed a motion to dismiss the appeal based upon the fact that Appellant waived the right to appeal this matter with the exception of the Sentencing Guidelines determinations. (Motion at 4).

While the Government may be correct in its recitation, the waiver of Appellant's right to appeal can hardly comport with Due Process when there is insufficient evidence to even support the plea. *U.S. Const. amend. V.*

Appellant opposes the motion to dismiss believing the sufficiency of the evidence must be considered by the Court.

## CONCLUSION

For the foregoing reasons, the defendant-appellant, Joseph Franklin Smith respectfully requests that this Court deny the Government's Motion to Dismiss and consider his brief on the merits.

Respectfully submitted,

_____
Jani J. Maselli
808 Travis Street, 24th Floor
Houston, TX 77002
Texas Bar. No. 00791195
(713) 757-0684

Attorney for Defendant-Appellant
Joseph Franklin Smith

## CERTIFICATE OF SERVICE

I, Jani J. Maselli, certify that a true and correct copy of the foregoing Motion was mailed first class postage prepaid, United States Postal Service to the following on the 8th day of December, 2004.

Ms. Tracy Batson
Assistant United States Attorney
660 North Central Expressway, Suite 400
Plano, TX 75074

_____
JANI J. MASELLI

## CERTIFICATE OF COMPLIANCE

Pursuant to 5TH CIR. R. 32.2.7(c), undersigned counsel certifies that this brief complies with the type-volume limitations of 5TH CIR. R. 32.2.7(b).

1. Exclusive of the portions exempted by 5TH CIR. R. 32.2.7(b)(3), this brief contains 4649 words printed in a proportionally spaced typeface.

2. This brief is printed in a proportionally spaced, serif typeface using Times New Roman 14 point font in text and Times New Roman 14 point font in footnotes produced by Corel WordPerfect 8.0 software.

3. Upon request, undersigned counsel will provide an electronic version of this brief and/or a copy of the word printout to the Court.

4. Undersigned counsel understands that a material misrepresentation in completing this certificate, or circumvention of the type-volume limits in 5TH CIR. R. 32.2.7, may result in the Court's striking this brief and imposing sanctions against the person who signed it.

_____
JANI J. MASELLI